No. 4,899.—MID NORTHERN OIL CO., PLAINTIFF, *v.* J. W. WALKER, STATE TREASURER, ET AL., DEFENDANTS.

Original action for injunction to restrain defendant from carrying out the provisions of House Bill No. 115 of the Seventeenth Legislative Assembly (Chap. 266, Laws 1921).

Decided July 1, 1921.

PER CURIAM.—The application of plaintiff for an order requiring defendants to show cause why they should not be restrained from carrying out the provisions of Chapter 266, Laws of 1921, and asking that the court take original jurisdiction, is, after due consideration denied.

*Mr. Donald Campbell,* for Plaintiff.

No. 4,909.—STATE EX REL. JAMES TROGLIA, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of the Fifth Judicial District, and Jos. C. Smith, a Judge thereof.

Decided September 13, 1921.

PER CURIAM.—The application of the relator herein for writ of supervisory control is, after due consideration, denied.